ALMA VENABLE, Respondent, *v.* CONSOLIDATED DRY GOODS COMPANY, Appellant.

(Argued June 12, 1929; decided July 11, 1929.)

*John E. Mack* for appellant.
*Edward K. Haas* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, O'BRIEN and HUBBS, JJ. Dissent: CRANE and KELLOGG, JJ.